Court of Criminal Appeals    William Albert Schatte
P.O. Box 12308 Capitol Station Powledge Unit TDCJ 1667371
Austin, Texas 78711             1400 FM 3452  81,195-07,08,09,10
                                Palestine, Texas 75802
Dear Sir;                        29 June, 2015
    I received notice on April 25, 2015 that you had received Tr. Ct. No. 23006-B, 07-B, 08-B, and 09-B but not 23010-B. Your designation WR-81,195-06,07,08,09 but not WR-81,195-10.

    Was this an oversight in mailing a card for Tr. Ct. No. 23010-B (WR-81,195-10), was it not received from District Court 336 in Bonham, Texas, Judge L. Blake, or was it revolked due to vindictive redundancy?

                                        William A. Schatte
                                        William A. Schatte

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 06 2015

Abel Acosta, Clerk